# United States Court of Appeals for the Fifth Circuit

---

No. 24-40110

---

In re Ivan Abner Cantu,

                                                      *Movant.*

---

Motion for an Order Authorizing
the United States District Court
for the Eastern District of Texas
to Consider a Successive 28 U.S.C. § 2254 Application

---

To: Ms. Gena Blount Bunn,

## NOTICE AND ORDER TO SHOW CAUSE

      You are directed to show cause in writing by February 27, 2024, by 4:00 p.m. why the motion for authorization, motion for stay of execution and exhibits in support of the motion for authorization were filed on February 21, 2024. Also, explain why we should not impose disciplinary action against you for failing to comply with Fifth Circuit Rule 8.10

                              LYLE W. CAYCE
                              Clerk of the United States Court
                              of Appeals for the Fifth Circuit

By: _____
      Monica R. Washington, Deputy Clerk

       ENTERED AT THE DIRECTION OF THE COURT

cc:    Mr. Travis Golden Bragg