No. 24-40110

## In the
## United States Court of Appeals
## For the Fifth Circuit

In re Ivan Abner Cantu,

Movant.

## Motion for Leave to Reply to Director's Response in Opposition to Motion for Order Authorizing the District Court to Consider Second or Successive Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2244 & Motion for Stay of Execution

**GENA BUNN**
**Texas Bar No. 00790323**
**Gena Bunn, PLLC**
**P.O. Box 6150**
**Longview, Texas 75608**
gbunn@genabunnlaw.com
**(903) 804-4003**

**ATTORNEY FOR MOVANT/PETITIONER**

*Execution Date: February 28, 2024*

TO THE HONORABLE JUDGES OF THIS COURT:

Mr. Cantu respectfully requests leave to reply to the Respondent's Response in Opposition to Motion for Order Authorizing the District Court to Consider Second or Successive Petition for Writ of Habeas Corpus & Motion for Stay of Execution (hereinafter "Response"). Mr. Cantu contends that the Respondent's Response misstates the record and law, and thus a reply is necessary.

Mr. Cantu has filed his reply under separate cover.

WHEREFORE, premises considered, Mr. Cantu seeks the leave of this Court to file his reply.

Respectfully submitted,

 /s/ Gena Bunn
GENA BUNN
Texas Bar No. 00790323

Gena Bunn, PLLC
P.O. Box 6150
Longview, Texas 75608
gbunn@genabunnlaw.com
(903) 804-4003

ATTORNEY FOR MOVANT,
IVAN ABNER CANTU

## CERTIFICATE OF COMPLIANCE

I certify that (1) this pleading was prepared in 14-point Times New Roman font using Microsoft Word software, (2) this Motion is 91 words, excluding the parts of the pleading exempted by the rules of court, and (3) this pleading has been scanned for viruses and the pleading is virus-free. Counsel further certifies that any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13.

*/s/ Gena Bunn*
Gena Bunn

## CERTIFICATE OF SERVICE

I certify that on February 27, 2024, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Fifth Circuit using the CM/ECF system. I have also sent a copy via email to counsel for the Director, Travis Bragg.

*/s/ Gena Bunn*
Gena Bunn